[No. 29248-3-II.   Division Two.   October 7, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY S. CLIFFORD, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 02-1-00093-1, Joel M. Penoyar, J., entered August 13, 2002. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Seinfeld and Armstrong, JJ.

[No. 29308-1-II.   Division Two.   October 7, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPHEN EDWARD GLENN, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 02-1-00711-1, Thomas J. Majhan, J., entered August 23, 2002. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Quinn-Brintnall, A.C.J., and Seinfeld, J.

[No. 29458-3-II.   Division Two.   October 7, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID LEE POLLOCK, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 02-1-00650-7, Edwin L. Poyfair, J., entered October 10, 2002. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Quinn-Brintnall, A.C.J., and Armstrong, J.

[Nos. 21126-6-III; 21367-6-III.   Division Three.   October 9, 2003.]

*In the Matter of the Marriage of* LORI S. OTANI, *Respondent*, and GARY E. LOFLAND, *Appellant*.

Appeals from judgments of the Superior Court for Yakima County, No. 91-3-00769-4, E. Thompson Reynolds, J., entered April 15 and June 17, 2002. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kato, A.C.J., and Baker, J.